**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CORA CANADY,** | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **V.** | § | **CIVIL CASE NO. 3:22-CV-1007-E-BK** |
| | § | |
| **U.S. DEPARTMENT OF HOUSING AND** | § | |
| **URBAN DEVELOPMENT,** | § | |
| **DEFENDANT.** | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. (Doc. 14). No objections were filed, but Plaintiff filed a "Motion to ask for 90 days" on February 16, 2023. (Doc. 15).[1] Having not demonstrated good cause, the Court DENIES Plaintiff's motion. (Doc. 15).

The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED this 2nd day of March, 2023.

Ada Brown
UNITED STATES DISTRICT JUDGE

---

[1] This motion does not assert any objections to the Findings, Conclusions and Recommendation of the United States Magistrate Judge. (*See* Doc. 16).